## OFFICIAL SYLLABI OF GENERAL DOCKET CASES DECIDED LAST WEEK

Opinions in these cases will appear in the Abstract at the earliest day following their receipt.

### No. 136

No. 18128—State of Ohio v. Ben Lowenstein. Exceptions by the Prosecuting Attorney to a Decision of the Court of Common Pleas of Hamilton county.

ALLEN, J.

147. CHECK—In a prosecution for violation of 710-176 GC. court not justified in taking case of state from jury, upon mere proof of past consideration for the check.

Under Section 710-176, General Code, the making, drawing, uttering or delivering of a check, draft or order, payment of which is refused by the drawee, is prima facie evidence of the intent to defraud, and the mere fact that the check was given for a past consideration does not justify the court in taking the case from the jury upon the admission of that fact in the opening statement by counsel for the state.

Exceptions sustained.

Marshall, C. J., Wanamaker, Robinson, Jones, Matthias and Day, JJ., concur.

### No. 137

No. 17902—Wilbur H. Dean v. Anna McMullen. Error to the Court of Appeals of Champaign county.

703. LANDLORD AND TENANT—Giving lessor a first lien on lessee's property to secure rent, and waiving exemption void as against public policy—Not a claim within 11729 GC—Exemption of wife superior to claim of lessor for rent, when she has not joined in or ratified the lease.

ALLEN, J.

1. A lessee, living with wife and minor children, signed a lease which contained the following provision: "That all goods and chattels, or any property used or kept on said premises, shall be held for the rent or damages under this lease, whether exempt from execution or not, meaning and intending thereby to give the party of the first part a valid and first lien upon any and all goods and chattles, crops and other property belonging to said party of the second part." Held, that such agreement to waive exemptions created for the benefit of the family is void as against public policy.

2. Such agreement does not create such a claim as is included in Section 11729, General Code.

3. An agreement made in a lease for the payment of rent charged upon personal property of the lessee, containing a provision waiving the benefit of exemption laws signed by the husband lessee but not joined in nor ratified by his wife, does not deprive the wife of her statutory right to claim exemptions. The exemption claim of the wife is superior to the claim of the lessor for rent.

Judgment reversed.

Marshall, C. J., Wanamaker, Robinson, Jones, Matthias and Day, JJ., concur.